# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136956(48)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

LARRY EUGENE WILCOX,
　　　　　Defendant-Appellant.

_____

SC: 136956
COA: 278189
St. Joseph CC: 06-013718-FC

　　　On order of the Chief Justice, the motion by plaintiff-appellee for extension to October 26, 2009 of the time for filing their brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2009

_____
Clerk